UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS L. WILLS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.  5:13-cv-05860-EJD<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND DEADLINES** |

Due to the pending motion for summary judgment, the pretrial and trial dates and deadlines set in Pretrial Order filed on April 10, 2015 (Dkt. No. 60), including the Final Pretrial Conference scheduled for March 24, 2016, are VACATED and will be reset subsequent to the ruling on the motion for summary judgment.

The stipulation filed on March 6, 2016 (Dkt. No. 102) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 7, 2016



EDWARD J. DAVILA
United States District Judge