UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA M. WILLS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 5:13-cv-05860-EJD<br><br>**PRETRIAL ORDER (JURY)** |

The above-entitled action is scheduled for a Trial Setting Conference on October 18, 2017. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on March 1, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | February 15, 2018 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | March 9, 2018 |
| Jury Selection | 9:00 a.m. on March 20, 2018 |
| Jury Trial[1] | March 20, 21, 23, 27, 28, 30, and April 3, 2018 |

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be

| Jury Deliberations | April 3, 4, 5, 2018 |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

IT IS FURTHER ORDERED that pursuant to ADR Local Rule 7-2, the parties are referred to Magistrate Judge Susan van Keulen for a settlement conference to occur no later than March 1, 2018. The parties shall contact Judge van Keulen's Courtroom Deputy to arrange a date and time for the conference.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: October 11, 2017

EDWARD J. DAVILA
United States District Judge

---

confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:13-cv-05860-EJD
PRETRIAL ORDER (JURY)