# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH DAKOTA TRUST COMPANY, trustee of the Donna Wills 2014 Irrevocable Trust II, and DONNA M. WILLS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>Defendants,<br><br>and<br><br>RELATED THIRD PARTY COMPLAINT | Case No. C-13-05860 EJD<br><br>[~~PROPOSED~~] ORDER CONTINUING FEBRUARY 22, 2018 STATUS CONFERENCE TO MARCH 22, 2018 |

Having considered the parties' Joint Status Report (Doc. 125), the Court hereby GRANTS the parties' request to continue the February 22, 2018 status conference. The Court resets the February 22, 2018 status conference to March 22, 2018 at 10:00 a.m. The parties shall file a status report by March 15, 2018 if dismissal paperwork is not filed by then. The March 22, 2018 conference will be vacated automatically upon the filing of a dismissal.

**IT IS SO ORDERED.**

Date: _February 12_, 2018        By: _____
                                        The Honorable Edward J. Davila
                                        United States District Judge

---

1

[PROPOSED] ORDER CONTINUING FEBRUARY 22, 2018 STATUS CONFERENCE

USDC Northern District Case No. C-13-05860 EJD