Maria S. Bellafronto, Bar No. 161994
Jedidiah L. Dooley, Bar No. 240105
**HOPKINS & CARLEY**
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
Email: mbellafronto@hopkinscarley.com
       jdooley@hopkinscarley.com
Attorneys for Plaintiffs
SOUTH DAKOTA TRUST COMPANY and
DONNA M. WILLS

Steven R. Levy, Bar No. 103164
735 Mountain View Avenue
Petaluma, CA 94952
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: stevelevy@verizon.net
Attorney for Third Party Defendants GARY L. THORNHILL, THORNHILL FINANCIAL CORPORATION, THORNHILL ASSURANCE SERVICES, INC., MEDALIST & COMPANY CORP.

Jodi K. Swick, Bar No. 228634
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com

David T. McDowell (admitted *pro hac vice*)
Kendall J. Burr (admitted *pro hac vice*)
Andrew R. Kasner (admitted *pro hac vice*)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Tel: 713.337.5580
Fax: 713.337.8850
Email: david.mcdowell@mhllp.com
       kendall.burr@mhllp.com
       andrew.kasner@mhllp.com
Attorneys for Defendant/Third Party Plaintiff

AMERICAN GENERAL LIFE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTH DAKOTA TRUST COMPANY, trustee of the Donna Wills 2014 Irrevocable Trust II, and DONNA M. WILLS, an individual,<br><br>  Plaintiffs,<br>  vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>  Defendants,<br><br>  and<br><br>RELATED THIRD PARTY COMPLAINT<br><br>  Third Party Defendants. | Case No. C-13-05860 EJD<br><br>**STIPULATION OF DISMISSAL**<br><br>APPROVED<br>Judge Edward J. Davila<br>6/7/2018 |

1

| | |
|---|---|
| 1 | Pursuant to Fed.R.Civ.P. 41(a)(ii) and an agreement between the parties, the parties |
| 2 | hereby dismiss the above-captioned action with prejudice with each party to bear and pay its own |
| 3 | costs. Nothing about this Stipulation of Dismissal affects or otherwise impacts the Judgment |
| 4 | entered by the Court on May 17, 2018 (Doc. 138). |

Dated: June 6, 2018            HOPKINS & CARLEY
                               A Law Corporation


                               By:  /s/ Jedidiah Dooley
                                    Maria S. Bellafronto
                                    Jedidiah L. Dooley

                               Attorneys for Plaintiffs
                               SOUTH DAKOTA TRUST COMPANY and
                               DONNA M. WILLS

Dated: June 6, 2018            MCDOWELL HETHERINGTON, LLP


                               By:  /s/ Andrew R. Kasner
                                    Jodi K. Swick
                                    David T. McDowell*
                                    Kendall J. Burr*
                                    Andrew R. Kasner*

                               Attorneys for Defendant/Third Party Plaintiff
                               AMERICAN GENERAL LIFE INSURANCE
                               COMPANY

                               * Admitted pro hac vice

Dated: June 6, 2018            LAW OFFICES OF STEVEN LEVY, ESQ.


                               By:  /s/ Steven Levy
                                    Steven Levy

                               Attorneys for Third Party Defendants GARY L.
                               THORNHILL, THORNHILL FINANCIAL
                               CORPORATION, THORNHILL ASSURANCE
                               SERVICES, INC., MEDALIST & COMPANY
                               CORP.

2

STIPULATION OF DISMISSAL
USDC Northern District Case No. C-13-05860 EJD
530\2994069.1

## FILER'S ATTESTATION

I, Jedidiah L. Dooley, am the ECF user whose identification and password are being used to file the foregoing. In compliance with Civil L.R. 5-1, I hereby attest that Andrew R. Kasner and Steven R. Levy concur with this filing.

By:   /s/ Jedidiah L. Dooley
      Jedidiah L. Dooley

Attorneys for Plaintiffs
SOUTH DAKOTA TRUST COMPANY and DONNA M. WILLS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2018, a true and correct copy of the foregoing has been filed with the Court's CM/ECF system, which will provide electronic notice and copies of this filing to all counsel of record as follows:

**Counsel for Defendant/Third Party Plaintiff:**
Jodi K. Swick, Bar No. 228634
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Email: jodi.swick@mhllp.com

David T. McDowell (admitted *pro hac vice*)
Kendall J. Burr (admitted *pro hac vice*)
Andrew R. Kasner (admitted *pro hac vice*)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Email: david.mcdowell@mhllp.com
        kendall.burr@mhllp.com
        andrew.kasner@mhllp.com

**Counsel for Third Party Defendants:**
Steven R. Levy
735 Mountain View Avenue
Petaluma, CA 94952
stevelevy@verizon.net

By:   /s/ Jedidiah L. Dooley
      Jedidiah L. Dooley

3
STIPULATION OF DISMISSAL
USDC Northern District Case No. C-13-05860 EJD
530\2994069.1